IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

89-1781

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | |
| ) | MDL 875 |
| This Document Relates to United States District Court for the Maryland ) ) ) | |
| (See Attachment A) ) ) ) | |

AUG 1 4 2000

AND NOW, this 31st day of July, 2000, FIBREBOARD CORPORATION is hereby dismissed without prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 7/31/00

_____
Charles R. Weiner

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

AUG 1 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

38

CONLIB1 JC6\47145 01(10DL01! DOC)

| Court | Name | SSN | Court | Docket |
|---|---|---|---|---|
| MD | | | | |
| | MANTHEIY, FRANCIS | 0 | MD | K852261 |
| | HARTIGAN, MICHAEL | 0 | MD | K862651 |
| | WOODS, ARDEN J | 0 | MD | K873491 |
| | MANNING, MICHAEL | 0 | MD | 82-2708 |
| | HENKIN, ALVIN A. | 0 | MD | 91-3703 |
| | HOLLY, TROY JESS | 0 | MD | 92-13 |
| | DAY, MICHAEL G. | 0 | MD | 92-15 |
| | VINCENT, JENNIE LOUISE | 0 | MD | 92-1879 |
| | ZOCH, WILLIAM F. | 0 | MD | 93-1375 |
| | BROOKS, DOROTHY ANNA | 0 | MD | 93-194 |
| | SMITH, VICTORIA | 0 | MD | 93-2240 |
| | TRUSZKOWSKI, GLORIA | 0 | MD | 93-2241 |
| | BLAKE, MARGARET | 0 | MD | 93-2242 |
| | CARPENTER, OLIVE VIRGINIA | 0 | MD | CV-86-2877 |
| | EVERHART, ROBERT BIGGS IV | 0 | MD | CV-93-1419 |
| | WERGIN, JUERGEN THEODUR | 0 | MD | H88-3846 |
| | MINOR, JOSEPH THOMAS | 0 | MD | HAR 88-2086 |
| | SENTZ, RAYMOND B. | 0 | MD | HAR 88-3177 |
| | SHRUM, THOMAS R., JR. | 0 | MD | HAR 89-1233 |
| | BERTHA, STEVEN NICKOLAS | 0 | MD | HAR 89-1673 |
| | KRICHTON, ROBERT | 0 | MD | HAR89-1746 |
| | SNYDER, CYRIL EUGENE | 0 | MD | HAR89-1781 |
| | BENNETT, JOHN EMMETT | 220369191 | MD | HM88-3375 |
| | LESSANE, GRACE | 0 | MD | JFM 89-1232 |
| | KEELING, JAN DELANOR | 0 | MD | JFM 89-565 |
| | ZIMMERMAN, HENRY DAYTON | 0 | MD | JFM-88-1983 |
| | DIEHL, HELEN LARUE | 0 | MD | K88 2607 |
| | BAUMER, MARGARET EVELYN | 0 | MD | MJG90-1591 |
| | CHEEZUM, JOHN WILLIAM | 0 | MD | PN 88-1557 |
| | GLENN, NANNIE | 0 | MD | S91-2029 |
| | SOKOL, ANNA | 0 | MD | WN91-2028 |