**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SNYDER, et al                                              *

    Plaintiffs                                          *     Case No.:  1:89-cv-01781

v.                                                              *

NATIONAL GYPSUM CO., et al                      *

    Defendants                                       *

       *     *     *     *     *     *     *     *     *     *     *

**ORDER WITHDRAWING THE APPEARANCE ON BEHALF OF IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

      1.    Whiteford, Taylor & Preston, L.L.P. (Whiteford, Taylor & Preston), and

its respective attorneys, and Louis G. Close, Jr., have recited adequate reasons to strike

their appearance, and complied with Local Rule 101 in moving to strike their appearance;

and,

      2.    Whiteford, Taylor & Preston and Louis G. Close, Jr., has given adequate

notice of its motion, including to the defendant ACandS, Inc.

      THEREFORE, it is hereby ordered this ___ day of _____, 2006, that the

motion is granted and the appearances of B. Ford Davis, Gardner M. Duvall, Whiteford,

Taylor & Preston L.L.P. any Louis G. Close, Jr., are hereby stricken.

                                      _____

                                        District Judge